RECEIVED
DEC 3 0 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:19-cr-0074 |
| v. | **INDICTMENT** |
| MAURICE LEROY MACE III, | T. 18, U.S.C. § 2 |
| | T. 21, U.S.C. § 841(a)(1) |
| Defendant. | T. 21, U.S.C. §§ 841(b)(1)(B), 841(b)(1)(C) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Distribution of Methamphetamine)

On or about October 3, 2019, in the Southern District of Iowa, the defendant, MAURICE LEROY MACE III, did knowingly and intentionally distributed a controlled substance, namely, methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (Distribution of Methamphetamine)

On or about October 3, 2019 in the Southern District of Iowa, the defendant, MAURICE LEROY MACE III, did knowingly and intentionally distributed a controlled substance, namely 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**THE GRAND JURY FINDS:**

**<u>PRIOR CONVICTION</u>**

Prior to the commission of the offenses charged in Counts 1 and 2, the defendant, MAURICE LEROY MACE III, was convicted of a violation of A.R.S. § § 13-3407(A)(7). 13-3401, 13-701, 13-702, 13-709.03, 13-801, Sale of Dangerous Drugs (Methamphetamine), 3 counts in the Superior Court of Arizona, a serious drug felony, for which he served more than 12 months of imprisonment. Defendant was released from service of any term of imprisonment within 15 years of the commencement of the instant offense.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney